```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 36116
   ALBERT AKINS
   HELEN M AKINS                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-5740      SSN XXX-XX-2714

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/08/2005 and was confirmed 11/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  96.79% from remaining funds.

     The case was paid in full 11/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
NUVELL CREDIT CO LLC       UNSECURED        9780.29              .00          9466.15
CHASE HOME FINANCE LLC     CURRENT MORTG       .00               .00              .00
CHASE HOME FINANCE LLC     MORTGAGE ARRE    583.91               .00           583.91
BENEFICIAL MARYLAND INC    CURRENT MORTG       .00               .00              .00
BENEFICIAL MARYLAND INC    MORTGAGE ARRE  10234.64               .00         10234.64
WORLD FINANCIAL NETWORK    UNSECURED        423.56               .00           409.96
WORLD FINANCIAL NETWORK    UNSECURED        624.10               .00           604.05
NUVELL CREDIT CO LLC       UNSECURED      NOT FILED              .00              .00
NUVELL CREDIT CO LLC       NOTICE ONLY    NOT FILED              .00              .00
BLAIR CREDIT SERVICES      NOTICE ONLY    NOT FILED              .00              .00
CAPITAL ONE                UNSECURED      NOT FILED              .00              .00
CHASE BANK USA NA          UNSECURED OTH    153.96               .00           149.09
GINNYS                     UNSECURED OTH    536.39               .00           519.17
ECAST SETTLEMENT CORP      UNSECURED       1191.89               .00          1153.61
MONROE & MAIN              UNSECURED        134.17               .00           129.86
ORCHARD BANK               UNSECURED      NOT FILED              .00              .00
RESURGENT CAPITAL SERVIC   UNSECURED        304.34               .00           294.56
RESURGENT CAPITAL SERVIC   UNSECURED       4149.73               .00          4016.44
ROUNDUP FUNDING LLC        UNSECURED        197.91               .00           191.55
ECAST SETTLEMENT CORP      UNSECURED        327.63               .00           317.11
MIDNIGHT VELVET            UNSECURED        332.79               .00           322.10
CHASE BANK USA NA          SECURED NOT I    279.92               .00              .00
LEGAL HELPERS PC           DEBTOR ATTY     2,000.00                           2,000.00
TOM VAUGHN                 TRUSTEE                                            2,007.80
DEBTOR REFUND              REFUND                                             1,200.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 33,600.00
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 36116 ALBERT AKINS & HELEN M AKINS

```
PRIORITY                                                             .00
SECURED                                                        10,818.55
UNSECURED                                                      17,573.65
ADMINISTRATIVE                                                  2,000.00
TRUSTEE COMPENSATION                                            2,007.80
DEBTOR REFUND                                                   1,200.00
                                     ---------------      ---------------
TOTALS                                     33,600.00            33,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 02/26/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                    PAGE   2
          CASE NO. 05 B 36116 ALBERT AKINS & HELEN M AKINS